Brian S. WILLIAMS, Appellant

v.

COMMONWEALTH of Pennsylvania,
BOARD OF PROBATION
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 3, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 3rd day of September, 2004, probable jurisdiction is noted and the order appealed is affirmed.

COMMONWEALTH of Pennsylvania,
Petitioner

v.

Eric HODGES, Respondent.

Supreme Court of Pennsylvania.

Sept. 7, 2004.

### ORDER

PER CURIAM:

AND NOW, this 7th day of September, 2004, the Petition for Allowance of Appeal is hereby **GRANTED,** and the order of the Superior Court is **REVERSED.** *See Commonwealth v. Devers,* 519 Pa. 88, 546 A.2d 12 (1988).

COMMONWEALTH of Pennsylvania,
Respondent,

v.

Charles DIGGS, Petitioner.

Supreme Court of Pennsylvania.

Sept. 16, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of September, 2004, the petition for allowance of appeal is GRANTED. The matter is REMANDED to the Superior Court with direction to address the issues raised by Petitioner in the Rule 1925(b) statement that is reflected on the docket as being filed on February 28, 2002.

Jurisdiction Relinquished.